■ The People of the State of New York, Appellant, v Derrick Isidore, Respondent. [689 NYS2d 924] —Order unanimously

affirmed for reasons stated in decision at Monroe County Court, Maloy, J. (Appeal from Order of Monroe County Court, Maloy, J.—Dismiss Indictment.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.